**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant
                THOMAS DENNEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5329 AWI |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING** |
| THOMAS DENNEY, | and |
| Defendant. | ORDER |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Status Hearing currently set for June 13, 2005, at 9:00 a.m., in Department 3, be continued to June 27, 2005, at 9:00 a.m., in Department 3.

This continuance is requested by both parties. The parties are engaged in plea negotiations and agree to exclude time for this purpose.

DATED: June 9, 2005.

                                        NUTTALL & COLEMAN

                                        /S/ MARK W. COLEMAN
                                    By: _____
                                        MARK W. COLEMAN
                                        Attorneys for Defendant,
                                        THOMAS DENNEY

1       DATED: June 9, 2005.
                                                    /S/ JON CONKLIN
2                                       By:    _____
                                                JON CONKLIN
3                                               Assistant U.S. Attorney

4

5

6                                       **ORDER**

7  IT IS SO ORDERED.

8  **Dated:   June 10, 2005**              _____/s/ Anthony W. Ishii_____
   0m8i78                                  UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28